CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jesus Ernesto Dessens-Romero**; DOB: 1996; Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>21-00528MJ |
| Complaint for violations of Title 8 United States Code " 1324(a)(1)(A)(ii), 1324(a)(1)(B)(ii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
COUNT 1 (Felony) On or about February 19, 2021, in the District of Arizona, **Jesus Ernesto Dessens-Romero**, knowing or in reckless disregard that certain illegal aliens had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On February 19, 2021, Special Agents (SAs) with Homeland Security Investigations received a duty call about a missing person lost in the Huachuca Mountains near Fort Huachuca, Arizona. SAs learned the missing person was an illegal alien being smuggled into the United States. SAs identified the missing person as A. L.-C., who had been traveling with her two sisters, Y. G. L.-C. and M. G. L.-C., all of whom entered the United States without authorization.

Interviews with witnesses Y. G. L.-C. and M. G. L.-C. revealed that the group was composed of six illegal aliens, two of whom were foot guides. They stated that during the smuggling offense, A. L.-C. became ill and complained of stomach pain and was given an unknown pill by the guides. They stated that, after taking the pill A. L.-C. stopped sleeping, was vomiting throughout the night, and could not keep food down. They stated that on the morning of February 15, 2021, the foot-guides abandoned A. L.-C. near a dirt road in the mountains, stating that a vehicle would be sent to pick up A. L.-C. The witnesses Y. G. L.-C. and M. G. L.-C provided SAs with a physical description of foot-guide **Jesus Ernesto DESSENS-Romero**, as well as his nickname, "Neto".

In June of 2021, witnesses Y. G. L.-C. and M. G. L.-C. recorded a phone call they made to food-guide **DESSENS-Romero**. In the phone call, the witnesses and **DESSENS-Romero** discussed A. L.-C.'s disappearance in the mountains. **DESSENS-Romero** asked the witnesses if they had checked hospitals, jails, Border Patrol, and the Consulate of Mexico for A. L.-C. **DESSENS-Romero** asked the witnesses to remove any social media posts or flyers discussing A. L.-C.'s disappearance and claimed he would look for her himself. **DESSENS-Romero** told the witnesses that a vehicle did go back for A. L.-C. but speculated that she may have wandered away from the road and further into the mountains. To date, A. L.-C. has not been located or recovered.

**Continued on back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW/arm | SIGNATURE OF COMPLAINANT<br>JASON W KIRK  Digitally signed by JASON W KIRK<br>Date: 2021.11.04 15:51:19 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Special Agent, HSI |
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 4, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

21-00528MJ

**Continued from the front.**

The witnesses Y. G. L.-C. and M. G. L.-C provided SAs with the Facebook account, telephone number, and photos of **DESSENS-Romero**. SAs used this information to conduct database searches and identified **Dessens-Romero's** full name and date of birth via money service business transactions. Further searches in immigration databases revealed booking photos and immigration records for **DESSENS-Romero**. SAs provided the booking photo to witnesses Y. G. L.-C. and M. G. L.-C and they confirmed he was the foot-guide known to them as "Neto".

**DESSENS-Romero** was previously apprehended by the Sonoita Border Patrol Station. **DESSENS-Romero** was previously arrested on November 1, 2016 and issued an Expedited Removal with a final order date for the same day. **DESSENS-Romero** was removed through Calexico, California on November 2, 2016.